## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| FINANCIAL CORPORATION OF AMERICA, INC., | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 1:15-cv-15 |
| HMC/CAH CONSOLIDATED, INC. AND RURAL COMMUNITY HOSPITALS OF AMERICA, LLC, | § § § § § | |
| Defendant. | § | |

## AGREED JUDGMENT

On this day, the parties announced to the Court that Rural Community Hospitals of America, LLC entered into an agreement whereby they consented to the entry of this judgment, as evidenced by the signatures of the parties and/or their attorneys, below. The Court is of the opinion that the agreement of the parties should be honored by the Court.

IT IS THEREFORE ORDERED that the Plaintiff, Financial Corporation of America, Inc. shall have and recover of and from the Defendant, Rural Community Hospitals of America, LLC the sum of one hundred and forty thousand and no/100 dollars ($140,000.00).

IT IS FURTHER ORDERED that the Plaintiff shall recover post-judgment interest at the rate of five percent (5%) per annum until paid in full.

SIGNED this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE

Agreed:

_____    _____
David Pickett, as President of Financial    Paul Nusbaum, President, Rural Community
Corporation of America, Inc.    Hospitals of America, LLC

Agreed:

_____
David Pickett, as President of Financial
Corporation of America, Inc.

_____
Paul Nusbaum, President, Rural Community
Hospitals of America, LLC