IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FINANCIAL CORPORATION OF AMERICA, INC., | § § § | |
| Plaintiff, | § § | |
| V. | § | 1-15-CV-015 RP |
| HMC/CAH CONSOLIDATED, INC. AND RURAL COMMUNITY HOSPITALS OF AMERICA, LLC, | § § § § § | |
| Defendants. | § § | |

## **FINAL JUDGMENT**

Before the Court is the above entitled cause of action. On this day, the Court entered an order granting Plaintiff's Notice of Dismissal, based on the agreement of the parties. Having granted the notice, the Court enters the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** all claims and causes of action are hereby **DISMISSED WITHOUT PREJUDICE** and Plaintiff is to recover from Defendant Rural Community Hospitals of America, LLC the sum of one hundred and forty thousand and no/100 dollars ($140,000.00) plus post-judgment interest at the rate of five percent (5%) per annum until paid in full. Each party is to bear its own costs and fees.

**IT IS FURTHER ORDERED** that all pending motions are hereby **TERMINATED**.

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED**.

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED**.

**SIGNED** on March 17, 2015.

                                        ROBERT L. PITMAN
                                        UNITED STATES DISTRICT JUDGE