UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FINANCIAL CORPORATION OF AMERICA, INC., | § § § |
| Plaintiff, | § § |
| v. | §  CASE NO. 1:15-cv-15-RP |
| | § |
| HMC/CAH CONSOLIDATED, INC. AND RURAL COMMUNITY HOSPITALS OF AMERICA, LLC, | § § § § |
| Defendant. | § |

## SATISFACTION OF JUDGMENT

On March 17, 2015, in Case No. 1:15-cv-15, United States District Court for the Western District of Texas, Austin Division, Financial Corporation of America, Inc. recovered judgment for $140,000.00, plus interest and costs, from Defendant Rural Community Hospitals of America, LLC. The judgment has been satisfied. THEREFORE, as authorized attorney for Financial Corporation of America, who is the party entitled to receive payment of the judgment, I hereby release Defendant Rural Community Hospitals of America, LLC from any lien existing because of the judgment.

Respectfully submitted,

**BUSH & RAMIREZ, PLLC**

*//s// James J. Thorpe*
James J. Thorpe
SBN: 19989100
5615 Kirby Dr., Suite 900
Houston, Texas 77005
Telephone: (713) 626-1555
Telecopier: (713) 622-8077
Email: jthorpe@bushramirez.com
**ATTORNEY FOR PLAINTIFF,
FINANCIAL CORPORATION OF AMERICA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of June, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Stephen W. Lemmon
Rhonda Mates
HUSCH BLACKWELL LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701

            *//s// James J. Thorpe*
            James J. Thorpe